# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2258
Lower Tribunal No. CF03-002276-XX

_____

DENNIS M. SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

May 14, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM, J., and LAMBERT, B.D., Associate Judge, concur.


Dennis M. Simmons, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED